

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Maria Montoya, individually, and as representative of the Estate of Jaime Montoya, Sr.; Jaime Montoya, Jr.; and Javier Montoya, | * From the 118th District Court of Martin County, Trial Court No. 7485. |
| Vs. No. 11-21-00016-CV | * September 29, 2022 |
| RSP Permian, LLC; RSP Permian, Inc.; and Pepe Le'Pew Oilfield Rental, Inc., | * Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Wright, S.C.J., sitting by assignment) (Williams, J., not participating) |

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Maria Montoya, individually, and as representative of the Estate of Jaime Montoya, Sr.; Jaime Montoya, Jr.; and Javier Montoya.